UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT

KWAN K. LI,

        Plaintiff,

    vs.

KEVIN L. BRITT, and LAW OFFICE OF
KEVIN L BRITT, P.S.,

        Defendants.

No. C17-1624 RSM

ORDER ON JOINT MOTION TO
DISMISS WITH PREJUDICE;
RESERVING THE COURT'S DECISION
ON ATTORNEY FEES

THIS MATTER, having come before the Court on the Parties' Joint Motion to Dismiss With Prejudice; Reserving to Court Decision on Attorney Fees, the Court having reviewed the records and files herein, and the Court being advised in the premises, now, therefore, it is ORDERED that:

    1.    Plaintiffs' Complaint is hereby dismissed with prejudice as to all Defendants.

    2.    This case shall be CLOSED with the Court retaining jurisdiction for the sole purpose of hearing and deciding Plaintiff's motion for attorney fees, in accordance with the Parties' settlement agreement. Such motion shall be filed within two weeks of entry of this Order, and shall be noted as a standard three-Friday motion, in accordance with LCR 7.

//

//

//

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

DATED this 8th day of February 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER ON JOINT MOTION TO DISMISS WITH
PREJUDICE; RESERVING TO COURT DECISION ON
ATTORNEY FEES - 2
2:17-cv-01624-RSM
Li 17-1624.ord-dsm.docx